**604 A.2d 111**

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
CLIFFORD WILLIAMS, DEFENDANT–APPELLANT.

January 28, 1991.

### ORDER

This matter having been duly remanded to the Superior Court, Law Division, by an order of the Court dated December 23, 1985, and the Court having been notified on December 17, 1990, that the defendant is now deceased, and good cause appearing;

It is ORDERED that the order granting leave to appeal and remanding the matter to the Law Division is hereby vacated and the appeal is dismissed.

(See 102 *N.J.* 373, 508 *A.2d* 238.)